**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                                  12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Tracy** <br> First name <br><br> **Lee** <br> Middle name <br><br> **Hurst-Castl** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3162 | |

2/04/23 10:52AM

Debtor 1    **Tracy Lee Hurst-Castl**                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ EIN | _____ EIN |
| **5.** **Where you live** | **8616 Mirada Del Sol Drive** **Las Vegas, NV 89128** Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** _____ Number, Street, City, State & ZIP Code |
|  | **Clark** County | _____ County |
|  | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
|  | **P.O Box 35937** **Las Vegas, NV 89133** Number, P.O. Box, Street, City, State & ZIP Code | _____ Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.**  **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.**  **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.**  **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.**  **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

2/04/23 10:52AM

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

2/04/23 10:52AM

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- |
| *You must check one:* | *You must check one:* |
| ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. | ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

2/04/23 10:52AM

Debtor 1  **Tracy Lee Hurst-Castl**                                     Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

�■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

�■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

�■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| �■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| �■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| �■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Tracy Lee Hurst-Castl**

**Tracy Lee Hurst-Castl**                                           _____
Signature of Debtor 1                                               Signature of Debtor 2

Executed on  **February  4, 2023**                          Executed on  _____
                     MM / DD / YYYY                                              MM / DD / YYYY

2/04/23 10:52AM

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Steven L. Yarmy**                                    Date    **February  4, 2023**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Steven L. Yarmy 8733**
Printed name

**Steven L. Yarmy - Attorney at Law**
Firm name

**7464 West Sahara Avenue**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone    **702-586-3513**                    Email address    **sly@stevenyarmylaw.com**

**8733 NV**
Bar number & State

---

Certificate Number: 03088-NV-CC-037043582



03088-NV-CC-037043582

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 14, 2022</u>, at <u>5:00</u> o'clock <u>PM CST</u>, <u>Tracy L Hurst-Castle</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 14, 2022</u>          By:     <u>/s/Susan D Gann</u>

Name:  <u>Susan D Gann</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tracy Lee Hurst-Castl** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|

| 1 | Aargon Agency Inc.<br>8668 Spring Mountain Rd. Suite 110<br>Las Vegas, NV 89117 | What is the nature of the claim? | Collection | $11,919.20 |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                    _____

_____
_____
Contact
_____
Contact phone

| 2 | Clark County Collection Service<br>8860 West Sunset Road Suite 100<br>Las Vegas, NV 89148 | What is the nature of the claim? | Platinum Hospitalists Llc | $808.00 |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
        _____

_____
Contact

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

Contact phone                                    Value of security:
                                                 Unsecured claim                          -

---

| 3 | **Credit Collection Services**<br>**725 Canton Street**<br>**Norwood, MA 02062** | **What is the nature of the claim?** | COLLECTION | $784.00 |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -
   Unsecured claim

Contact

Contact phone

---

| 4 | **Department of the Treasury**<br>**Internal Revenue Service**<br>**P.O. BOX 480**<br>**Holtsville, NY 11742-0480** | **What is the nature of the claim?** | 2017 TAXES | $1,597.07 |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -
   Unsecured claim

Contact

Contact phone

---

| 5 | **Department of Treasury**<br>**Internal Revenue Service**<br>**Holtsville, NY 11742-0480** | **What is the nature of the claim?** | 2009 TAXES | $7,234.46 |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -
   Unsecured claim

Contact

Contact phone

---

| 6 | **Department of Treasury**<br>**Internal Revenue Service**<br>**Holtsville, NY 11742-0480** | **What is the nature of the claim?** | 2010 TAXES | $9,493.45 |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

2/04/23 10:52AM

Debtor 1    **Tracy Lee Hurst-Castl**          Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Contact

Value of security:   - _____

Contact phone

Unsecured claim

---

**7** | **Department of Treasury Internal Revenue Service Holtsville, NY 11742-4800**

What is the nature of the claim?   **2008 TAXES**   **$9,232.69**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Contact

Value of security:   - _____

Contact phone

Unsecured claim

---

**8** | **DIVERSIFIED CONSULTANTS P.O. BOX 1391 Southgate, MI 48195**

What is the nature of the claim?   **Collection**   **$703.83**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Contact

Value of security:   - _____

Contact phone

Unsecured claim

---

**9** | **Diversified Consultants, Inc. P.O. BOX 1391 Southgate, MI 48195**

What is the nature of the claim?   **Collection**   **$703.83**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Contact

Value of security:   - _____

Contact phone

Unsecured claim

---

**10** | **GRANT & WEBER**

What is the nature of the claim?   _____   **$1,028.00**

---

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

**26610 Agoura Rd. suite 209**
**Calabasas, CA 90302**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**

- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

| 11 | | |
|---|---|---|

**What is the nature of the claim?**    **Collection Attorney**    **$1,086.00**
**Cedars Sinai Imaging**
**Med Grp**

**Grant & Weber**
**Attn: Bankruptcy**
**13634 E Williams Field Rd, Space**
**#5**
**Gilbert, AZ 85295**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**

- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

| 12 | | |
|---|---|---|

**MEDICAL DATA SYSTEMS, INC.**    **What is the nature of the claim?**    **$834.00**
**1532 LAKEVIEW DR.**
**Sebring, FL 33870**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

**Does the creditor have a lien on your property?**

- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

| 13 | | |
|---|---|---|

**Neurological Surgery of Palm**    **What is the nature of the claim?**    **$7,580.88**
**Beach, LLC**
**13005 Southern Blvd., Suite 141**
**Loxahatchee, FL 33470**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**

- [x] No

---

Debtor 1    **Tracy Lee Hurst-Castl**                                    Case number *(if known)*

Contact _____    ☐    Yes. Total claim (secured and unsecured)

Contact phone _____                Value of security:         -  _____

                                                        Unsecured claim            _____

---

| **14** | **no name on CR Liability** | **What is the nature of the claim?** | **Medical Debt** | **$834.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____        Value of security:         -  _____
Contact phone _____        Unsecured claim            _____

---

| **15** | **PlusFour, Inc.** <br> **Attn: Bankruptcy** <br> **Po Box 95846** <br> **Las Vegas, NV 89193** | **What is the nature of the claim?** | **Medical Debt Desert Radiology Solutions** | **$672.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____        Value of security:         -  _____
Contact phone _____        Unsecured claim            _____

---

| **16** | **QUEST DIAGNOSTICS** <br> **P.O. BOX 7306** <br> **Hollister, MO 65673** | **What is the nature of the claim?** | | **$1,701.64** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____        Value of security:         -  _____
Contact phone _____        Unsecured claim            _____

---

| **17** | **Radius Global Solutions LLC** <br> **7831 Glenroy Rd., Suite 250-A** <br> **Minneapolis, MN 55439** | **What is the nature of the claim?** | | **$1,937.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1    **Tracy Lee Hurst-Castl**    Case number *(if known)* _____

■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

Contact _____

Contact phone _____

---

**18**    RICHARD T  SOKOLOV JR., MD
9663 Santa Monica Blvd., Suite
147
Beverly Hills, CA 90210

**What is the nature of the claim?** _____    **$757.85**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

Contact _____

Contact phone _____

---

**19**    Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

**What is the nature of the claim?**   Real Estate Mortgage   **$454,543.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

Contact _____

Contact phone _____

---

**20**    UCLA MEDICAL GROUP
PATIENT PAY
P.O. BOX 748156
Los Angeles, CA 90074-8156

**What is the nature of the claim?** _____    **$952.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

Contact _____

Contact phone _____

---

Debtor 1    **Tracy Lee Hurst-Castl**                                          Case number *(if known)*    _____

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Tracy Lee Hurst-Castl**                                      X    _____
     **Tracy Lee Hurst-Castl**                                               Signature of Debtor 2
     Signature of Debtor 1

     Date    **February  4, 2023**                                          Date    _____

Tracy Lee Hurst-Castl
P.O Box 35937
Las Vegas, NV 89133

Steven L. Yarmy
Steven L. Yarmy - Attorney at Law
7464 West Sahara Avenue
Las Vegas, NV 89117

Aargon Agency Inc
Acct No xxxxxx5069
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No xxxxxx5069
8668 Spring Mountain Rd
Las Vegas, NV 89117

Aargon Agency Inc.
Acct No xxxx-xx6602
8668 Spring Mountain Rd. Suite 110
Las Vegas, NV 89117

Aargon Agency Inc.
Acct No xxxx-xx5069
8668 Spring Mountain Rd. 100
Las Vegas, NV 89117

Arstrat
Acct No xxx9412
14141 Southwest Fwy., Suite 300
Sugar Land, TX 77478

Arstrat
Acct No xxx5517
14141 Southwest Fwy., Suite 300
Sugar Land, TX 77478

Arstrat
Acct No xxxx7146
14141 Southwest Fwy., Suite 300
Sugar Land, TX 77478

CHESTER F GRIFFITHS, MD MEDCORP
Acct No xxxxR000
11845 Wilshire Blvd. 600
Los Angeles, CA 90025

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
POB 551401
Las Vegas, NV 89117

Clark County Assessor
C/O BANRUPTCY CLERK
500 GRAND CENTRAL PKWY
Las Vegas, NV 89155-1401

Clark County Collection Service
Acct No xxx9687
8860 West Sunset Road
Suite 100
Las Vegas, NV 89148

Clark County Collection Service
Acct No xxx9687
8860 W Sunset
Las Vegas, NV 89148

Clark County Collection Services
Acct No xxx9687
8860 West Sunset Road
Suite 100
Las Vegas, NV 89148-4899

CLARK COUNTY TREASURER
500 S GAND VALLEY PKWY
APN 128-31-112-020, NV 89155

Credit Collection Services
Acct No xxxxxxx8762
725 Canton Street
Norwood, MA 02062

Credit Collection Services
Acct No xxxxxxx3632
725 Canton Street
Norwood, MA 02062

DANIEL F KELLY NEUROSURGERY
Acct No xxxxR000
P.O. BOX 643249
Los Angeles, CA 90064

Department of the Treasury
Acct No xxx-xx-7030
Internal Revenue Service
P.O. BOX 480
Holtsville, NY 11742-0480

Department of the Treasury
Acct No xxx-xx-7030
Internal Revenue Service
Holtsville, NY 11742-0480

Department of Treasury
Internal Revenue Service
Holtsville, NY 11742-0480

```
Department of Treasury
Acct No xxx-xx-7030
Internal Revenue Service
Holtsville, NY 11742-0480

Department of Treasury
Acct No xxx-xx-7030
Internal Revenue Service
Holtsville, NY 11742-4800

DEPT. OF EMPLOYMENT, TRAINIG & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Las Vegas, NV 89173

Desert Neurology
Acct No xxxx2924
P.O. BOX 370231
Las Vegas, NV 89137

DISIGNED RECEIVABLE SOLUTIONS
Acct No xxxxxx2389
10833 Valley View St., Suite 415
Cypress, CA 90630

DIVERSIFIED CONSULTANTS
Acct No xxxxxx xxxxxxxxx xxxx6410
P.O. BOX 1391
Southgate, MI 48195

Diversified Consultants, Inc.
Acct No xxxxxxxx2459
P.O. BOX 1391
Southgate, MI 48195

DRSI
Acct No xxxxxxxxxxxxx8920
Attn: Bankruptcy
10833 Valley View Street #415
Cypress, CA 90630

DRSI
Acct No xxxxxxxxxxxxx8755
Attn: Bankruptcy
10833 Valley View Street #415
Cypress, CA 90630

DRSI
Acct No xxxxxxxxxxxxx2389
Attn: Bankruptcy
10833 Valley View Street #415
Cypress, CA 90630
```

```
DRSI
Acct No xxxxxxxxxxxxx8920
10883 Valley View St.
Cypress, CA 90630

DRSI
Acct No xxxxxxxxxxxxx8755
10883 Valley View St.
Cypress, CA 90630

DRSI
Acct No xxxxxxxxxxxxx2389
10883 Valley View St.
Cypress, CA 90630

ENVISION PHYSICIAN SERVICES
Acct No xxxx7543
7700 W. Sunrise Blvd.
Plantation, FL 33322

FCI LENDER SERVICES, INC.
P.O. BOX 35937
Las Vegas, NV 89133

FCI LENDER SERVICES, INC.
Acct No LOAN NO. 9160070246
P.O. BOX 35937
Las Vegas, NV 89133

Grant & Weber
Acct No xxxxxxxxxxxxx1070
Attn: Bankruptcy
13634 E Williams Field Rd, Space #5
Gilbert, AZ 85295

GRANT & WEBER
26610 Agoura Rd. suite 209
Calabasas, CA 90302

Grant & Weber
Acct No xxxxxxxxxxxxx1070
26610 Agoura Rd Suite 209
Calabasas, CA 91302

HOME CARE PROVIDERS
Acct No xxx xxxxxxxxxx6001
P.O. BOX 1710
Carmel, IN 46082

INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101
```

```
LAW OFFICE KRISTINA WILDEVELD AND ASSOCI
550 E. CHARLESTON BLVD
SUITE A
Las Vegas, NV 89104

LAW OFFICES OF KRISTINA WELDVELD & ASSOC
550 E. CHARLESTON BLVD
SUITE
Las Vegas, NV 89104

LAW OFFICES OF KRISTINA WELDVELD & ASSOC
550 E. CHARLESTON BLVD
SUITE
Las Vegas, NV 89104

LCA Collections
Acct No xxxx9987
PO Box 2240
Burlington, NC 27216

LCA Collections
Acct No xxxx0101
PO Box 2240
Burlington, NC 27216

LISA A. RASUSSEN, ESQ.
ATTN: LAW OFFICE KRISTINA A. WILDEVELD &
550 E. CHARLESTON BLVD
SUITE A
Las Vegas, NV 89104

MEDICAL DATA SYSTEMS, INC.
1532 LAKEVIEW DR.
Sebring, FL 33870

Neurological Surgery of Palm Beach, LLC
Acct No xx3573
13005 Southern Blvd., Suite 141
Loxahatchee, FL 33470

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE
#1300
Las Vegas, NV 89101

no name on CR Liability
Acct No xxxx0745


Pacific Specialist Imaging
Acct No xxxxR000
11645 Wilshire Blvd. #603
Los Angeles, CA 90025
```

PlusFour, Inc.
Acct No xxx3178
Attn: Bankruptcy
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No xxx5357
Attn: Bankruptcy
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No xxx3178
2600 Paseo Verde Parkway
Henderson, NV 89074

PlusFour, Inc.
Acct No xxx5357
2600 Paseo Verde Parkway
Henderson, NV 89074

QUEST DIAGNOSTICS
Acct No xxxxxx1505
P.O. BOX 7306
Hollister, MO 65673

Radius Global Solutions LLC
Acct No xxx-xxxx0737
7831 Glenroy Rd., Suite 250-A
Minneapolis, MN 55439

REPUBLIC SERVICES
Acct No x-xxxx-xxx6804
1771 E. FLAMINGO RD
Las Vegas, NV 89119

REPUBLIC SERVICES
P.O. BOX 98508
Las Vegas, NV 89193

RICHARD T  SOKOLOV JR., MD
9663 Santa Monica Blvd., Suite 147
Beverly Hills, CA 90210

SBI THE SPINE & BRAIN INSTITUTE
Acct No x8785
P.O. BOX 95306
Las Vegas, NV 89193

Select Portfolio Servicing, Inc
Acct No xxxxxxxxx5309
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

```
Select Portfolio Servicing, Inc
Acct No xxxxxxxxx5309
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Selected Portfolio Servicing
Acct No xxxxxxxxxxxxxx5309
PO Box 95250
ATTN BANKRUPTCY DEOARTMENT
Salt Lake City, UT 84165

STATE OF NEVADA DEPT MOTOR VEHICLES
ATTN: LEGAL DIVIVION
555 WRIGHT WAY
Carson City, NV 89711

STATE OF NEVADA DEPT OF EMPLOYMENT
500 E. THIRD STREET
Carson City, NV 89713

UCLA MEDICAL GROUP PATIENT PAY
Acct No xxxxxx0047
P.O. BOX 748156
Los Angeles, CA 90074-8156

US SAN DIEGO HEALTH
Acct No xxxxxxx9820
Regents of the University of California
P.O. BOX 748607
Los Angeles, CA 90074
```