LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Lisa@Veldlaw.com
*Counsel for The Law Offices of Kristina Wildeveld & Associates*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 23-10410-mkn |
| | Chapter 11 |
| TRACY LEE HURST-CASTL, | |
| Debtor. | **DECLARATION OF LISA A. RASMUSSEN IN SUPPORT OF RESPONSE TO OBJECTION TO PROOF OF CLAIMS NO. 6** |
| | Hearing Date: June 14, 2023 |
| | Hearing Time: 9:30 a.m. |

Please see attached DECLARATION OF LISA A. RASMUSSEN IN SUPPORT OF RESPONSE TO OBJECTION TO PROOF OF CLAIMS NO. 6 as "Attachment."

Dated May 23, 2023.

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN
Nevada Bar No. 7491
550 E. Charleston Blvd., Ste. A
Las Vegas, NV 89104
(702)222-0007
(702)222-0001 (fax)
Lisa@Veldlaw.com

Counsel for The Law Offices of Kristina Wildeveld & Associates

-1-

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was sent on May 23, 2023, to the following via the Court's ECF:

Office of the United States Trustee
Attn: Justin C. Valencia
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, NN 89101
Email: justin.c.valencia@usdoj.gov
Attorney for United States Trustee

Steven L. Yarmy
7464 W. Sahara Avenue
Las Vegas, NV 89117
Email: sly@stevenyarmylaw.com
Attorney for Debtor

Michael W. Chen on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-6, ASSET-BACKED CERTIFICATES, SERIES 200606 bknotice@mccarthyholthus.com,
chen@ecf.courtdrive.com; nvbkcourt@mccarthyholthus.com;
mchen@mccarthyholthus.com

Brian D. Shapiro
brian@trusteeshapiro.com
nv22@ecfcbis.com; kristen@trusteeshapiro.com; carolyn@brianshapirolaw.com

U.S. Trustee – LV 11
USTPRegion17.lv.ecf@usdoj.gov

              **THE LAW OFFICES OF KRISTINA**
                **WILDEVELD & ASSOCIATES**

              */s/ Lisa A. Rasmussen*
              LISA A. RASMUSSEN
              Nevada Bar No. 7491
              550 E. Charleston Blvd., Ste. A
              Las Vegas, NV 89104
              (702)222-0007
              (702)222-0001 (fax)
              Lisa@Veldlaw.com

              Counsel for The Law Offices of Kristina
                Wildeveld & Associates

# ATTACHMENT

# ATTACHMENT

**DECLARATION OF LISA A. RASMUSSEN IN SUPPORT OF**
**RESPONSE TO OBJECTION TO PROOF OF CLAIMS NO. 6**
(Law Offices of Kristina Wildeveld & Associates)

I, Lisa A. Rasmussen, hereby declare as follows under the penalty of perjury of the laws of the United States of America:

1. I am an attorney at law licensed to practice before the courts of Nevada and I am a member of the Law Firm of The Law Offices of Kristina Wildeveld and Associates, which is the Creditor in this matter. I have personal knowledge in the matters stated herein.

2. In support of the foregoing response I have attached as Exhibits A, B, C, D, E, F, G, H, I, J, K and L the following documents which were filed in the open case of *The Law Offices of Kristina Wildeveld & Associates v. Tracy Hurst*, Case No. A-21-829963-C, in the Eighth Judicial District Court of the State of Nevada: Complaint, Joint Case Conference Report, Motion for Summary Judgment, Opposition to Motion for Summary Judgment, Minute Order Denying Motion for Summary Judgment, Minutes on Debtor's Motion to Continue Trial, Minute Order Granting Debtor's Motion to Continue Trial, Minute Order Setting Trial, Calendar Call Resetting Trial Date, Minute Order Vacating Trial and Setting Evidentiary Hearing, Minute Order on Evidentiary Hearing, and Suggestion of Bankruptcy. Each of these documents were filed in the underlying state court proceedings which form the basis for Proof of Claim 6 in this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

3. Each document is a true and correct copy of the document it purports to be as filed within the docket of said case.

Executed this 23rd day of May, 2023, at Las Vegas, Nevada.

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN
Nevada Bar No. 7491
550 E. Charleston Blvd., Ste. A
Las Vegas, NV 89104
(702)222-0007
(702)222-0001 (fax)
Lisa@Veldlaw.com

Counsel for The Law Offices of Kristina Wildeveld & Associates