Steven L. Yarmy, Esq.
Nevada Bar No. 8733
7464 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 967-0442
(702) 586-3690 FAX
sly@yarmylaw.com
Attorney for the Debtors
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

TRACY LEE HURST-CASTL,

Debtors

Case No.: 23-10410-MKN

Chapter 11
Sub Chapter V

Hearing Date: August 23, 2023
Hearing Time: 9:30 a.m.

**NOTICE OF HEARING FOR
OBJECTION TO PROOF OF CLAIMS NO. 6
(LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES)
FILING FALSE CLAIM PURSUANT TO 18 U.S.C. § 152 SECTIONS (3) AND (4); MOTION
FOR SANCTIONS; AND ATTORNEY FEES**

**TO: ALL INTERESTED PARTIES, CREDITORS LISTED IN THE MAILING MATRIX, AND TRUSTEES**

The Court, the Debtor, the United States Trustee, and all creditors listed below in the mailing matrix, and parties in interest are hereby notified of a hearing for the Debtor's OBJECTION TO PROOF OF CLAIMS NO. 6 (Law Offices of Kristina Wildeveld & Associates) FILING FALSE CLAIM PURSUANT TO 18 U.S.C. § 152 SECTIONS (3) AND (4); MOTION FOR SANCTIONS; AND ATTORNEY FEES of the Law Office of Kristina Wildeveld & Associates..

Take further notice that any party who objects must file a written objection pursuant to Local Rule 9014(d)(1):

Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days from the date heard except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 14 days' notice, the opposition must be filed no

later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

1. The court may refuse to allow you to speak at the scheduled hearing; and

2. The court may rule against you without formally calling the matter at the hearing.

**WHEREFORE**, notice is further given that the hearing on the Debtors OBJECTION TO PROOF OF CLAIMS NO. 6 (Law Offices of Kristina Wildeveld & Associates) FILING FALSE CLAIM PURSUANT TO 18 U.S.C. § 152 SECTIONS (3) AND (4); MOTION FOR SANCTIONS; AND ATTORNEY FEES will be held before United State Bankruptcy Judge Nakagawa, in the Foley Building, 300 Las Vegas Boulevard South, **on August 23, 2023, at 9:30 am**. The hearing will be held via remote appearance: (669) 254-5252; Meeting ID 161 062 2560; Access Code: 029066#

DATED: July 18, 2023

Respectfully Submitted,

**/s/ Steven L. Yarmy, Esq.**
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
7464 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 967-0442
(702) 586-3690 FAX
sly@yarmylaw.com
Attorney for the Debtors
and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalty of perjury, that on July 18, 2023, that true and correct copies of the foregoing NOTICE OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIMS NO. 6 (Law Offices of Kristina Wildeveld & Associates) FILING FALSE CLAIM PURSUANT TO 18 U.S.C. § 152 SECTIONS (3) AND (4); MOTION FOR SANCTIONS; AND ATTORNEY FEES were delivered via CM/ECF to the following:

**CM/ECF system to:**

MICHAEL W. CHEN on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-6, ASSET-BACKED CERTIFICATES, SERIES 2006-6
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

LISA A RASMUSSEN on behalf of Creditor THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
Lisa@veldlaw.com, alex@veldlaw.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com,
nv22@ecfcbis.com;kristin@trusteeshapiro.com;carolyn@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

SHADD A. WADE on behalf of Creditor FCI LENDER SERVICES, INC. DBA FCI
swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com

/s/ Steven L. Yarmy, Esq.
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
7464 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 967-0442
(702) 586-3690 FAX
sly@yarmylaw.com
Attorney for the Debtors
and Debtor-in-Possession